KAMALA D. HARRIS
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General
E-mail: Richard.Wolfe@doj.ca.gov
DOUGLAS E. BAXTER
Deputy Attorney General
E-mail: Douglas.Baxter@doj.ca.gov
State Bar No. 201351
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone:  (619) 645-2034
 Fax:         (619) 645-2012

*Attorneys for Defendants State of California (by and through the California Highway Patrol) and Officer Aaron Rothberg*

KEITH H. RUTMAN, ESQ.
E-mail: krutman@krutmanlaw.com
State Bar No. 144175
 501 West Broadway, Suite 1650
 San Diego, CA 92101-3541
 Telephone:  (619) 237-9072
 Fax:         (760) 454-4372

*Attorney for Plaintiff Toni Antonellis*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TONI ANTONELLIS,<br><br>                        Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, CHP OFFICER AARON ROTHBERG, DOES 1-15,<br><br>                        Defendants. | Case No.: SA CV 15-00024 JVS( JCGx)<br><br>**STIPULATION BY PARTIES FOR DISMISSAL OF DEFENDANT STATE OF CALIFORNIA (CALIFORNIA HIGHWAY PATROL) AND TO REQUEST STAY OF ACTION PENDING RESOLUTION OF STATE CRIMINAL PROCEEDINGS**<br><br>Courtroom:  10C<br>Judge:           The Honorable James V. Selna |

COME NOW Plaintiff Toni Antonellis and Defendants State of California (by and through the California Highway Patrol) and Officer Aaron Rothberg and stipulate as follows in support of this joint request for (1) dismissal of Defendant State of California (by and through the California Highway Patrol) and (2) a stay of this action pending resolution of state criminal proceedings against Plaintiff.

**Dismissal of State of California (California Highway Patrol)**

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to dismissal without prejudice of Defendant State of California (by and through the California Highway Patrol) from this action. The parties respectfully request that the Court enter this dismissal in the docket.

**Request for Stay of Proceedings**

2. This action involves Plaintiff's federal civil rights claims under 42 U.S.C. § 1983 and state law claims arising out of a June 18, 2014, traffic stop conducted by Defendant Officer Aaron Rothberg in Orange County, California.

3. In connection with that June 18, 2014, traffic stop, state criminal proceedings were instituted against Plaintiff in Orange County Superior Court. Plaintiff is facing a misdemeanor charge of resisting a peace officer under California Penal Code § 148(a)(1). The case number is 14HM05733. Plaintiff entered a not guilty plea to the charge on September 8, 2014. The case is still pending. It is anticipated that the matter might go to trial in April 2015.

4. Should Plaintiff be convicted of the Penal Code § 148(a)(1) charge, the conviction might serve as a bar to many or all of Plaintiff's claims pursuant to the rules announced in *Heck v. Humphrey*, 512 U.S. 477, 114 S. Ct. 2364, 129 L. Ed. 2d 383 (1994).

5. Under these circumstances, the parties stipulate that a stay of this federal civil action is appropriate under the *Younger* abstention doctrine. *Younger v. Harris*, 401 U.S. 37, 91 S. Ct. 746, 27 L. Ed. 2d 669 (1971); *Gilbertson v. Albright*, 381 F.3d 965 (9th Cir. 2004); *Rivas v. California Franchise Tax Bd.*, 619 F. Supp.

2d 994 (E.D. Cal. 2008).

6. The parties therefore request that a stay of this action be entered pending resolution of Plaintiff's state court criminal proceedings.

7. The parties propose that the Court set a date on or after May 4, 2015, for the parties to file a status report to inform the Court of the status of the state court criminal proceedings.

8. The parties request that any other pending deadlines or hearing dates in this action be vacated, subject to possible re-calendaring after the parties notify the Court of the results of the state court criminal proceedings.

9. Should the stay of this action be lifted, the parties stipulate that remaining Defendant Officer Aaron Rothberg shall have 21 days after the stay is lifted to file the appropriate pleadings and/or motions in response to Plaintiff's complaint.

Dated: February 4, 2015                     Respectfully submitted,

                                            KAMALA D. HARRIS
                                            Attorney General of California
                                            RICHARD F. WOLFE
                                            Supervising Deputy Attorney General

                                            /s/DOUGLAS E. BAXTER
                                            DOUGLAS E. BAXTER
                                            Deputy Attorney General
                                            *Attorneys for Defendants State of California (by and through the California Highway Patrol) and Officer Aaron Rothberg*

Dated: February 4, 2015                     Respectfully submitted,

                                            /s/KEITH H. RUTMAN
                                            KEITH H. RUTMAN. ESQ.
                                            *Attorney for Plaintiff, Toni Antonellis*

I, Douglas E. Baxter, by my signature above, affirm and certify that all other signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

SD2015700052
71021539.doc

3

# CERTIFICATE OF SERVICE

| Case Name: | **Antonellis, Toni v. State of California, et al.** | Case No. | **8:15-cv-00024-JVS-JCG** |
|---|---|---|---|

I hereby certify that on **February 4, 2015**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION BY PARTIES FOR DISMISSAL OF DEFENDANT STATE OF CALIFORNIA (CALIFORNIA HIGHWAY PATROL) AND TO REQUEST STAY OF ACTION PENDING RESOLUTION OF STATE CRIMINAL PROCEEDINGS**

**[PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **February 4, 2015**, at San Diego, California.

| A. Lopez | *[signature]* |
|---|---|
| Declarant | Signature |

SD2015700052
71024443.doc