JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TONI ANTONELLIS,**<br><br>Plaintiff,<br><br>v.<br><br>**CHP OFFICER AARON ROTHBERG**<br><br>Defendant. | Case No.: 8:15-cv-00024-JVS-JCG<br><br>**JUDGMENT**<br><br>Judge: The Honorable James V. Selna<br><br>Action Filed: 1/07/2015 |

1  This action came on for hearing before the Court on January 31, 2017, Hon.
2  James V. Selna, District Judge Presiding, on Defendant's Motion for Summary
3  Judgment, and the evidence presented having been fully considered, the issues
4  having been duly heard, and a decision having been duly rendered,

5  IT IS ORDERED AND ADJUDGED that Plaintiff Toni Antonellis take
6  nothing, that judgment on the merits be entered in favor of Defendant CHP Officer
7  Aaron Rothberg, and that Defendant recover costs.

DATED: March 01, 2017

_____
The Honorable James V. Selna
United States District Judge